**Order entered May 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01596-CV

### IN THE ESTATE OF MARIE MERKEL, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-05-00375-3**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellant's April 15, 2015 motion to disqualify counsel.


/s/     ELIZABETH LANG-MIERS
         JUSTICE